UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SEBAGO DISTRIBUTION et al.,<br><br>　　　Defendants. | Case No. 2:25-cv-09177-SB-BFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　Plaintiff filed its complaint against Defendants Sebago Distribution (Sebago) and European Grocery Store, LLC (European Grocery) on September 25, 2025. Sebago waived service on October 21. On November 13, Plaintiff served European Grocery. *See* Dkt. No. 16. European Grocery failed to timely respond, and Plaintiff has not sought entry of default against it. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than December 17, 2025, why its claims against European Grocery should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 17, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against European Grocery.

Date: December 10, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge